THEODORA R. LEE, Bar No. 129892
KAI-CHING CHA, Bar No. 218738
LITTLER MENDELSON
A Professional Corporation
650 California Street. 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
TANWEER AHMED and M.Y. "MIKE" KHALAF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST COURIERS, INC., a corporation; SULTAN BHATTI, dba SS COURIERS; MARIO SORTO, dba SORTO'S ENTERPRISES; FH & RG ENTERPRISE LLC, a limited liability company; FRANCISCO JAVIER HUATO MENDOZA; RUBEN GONZALEZ; TANWEER AHMED; M.Y. "MIKE" KHALAF,<br><br>Defendants. | Case No. Case No. CV 11 1028 JSW<br><br>**STIPULATION TO EXTEND SETTLEMENT CONFERENCE DEADLINE; [PROPOSED] ORDER** |

Pursuant to Northern District Civil Local Rule 6-2, Plaintiffs RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ ("Plaintiffs") and Defendants TANWEER AHMED and M.Y. "MIKE" KHALAF ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Parties currently have until September 19, 2011 to complete the Settlement Conference (the "Settlement Conference Deadline");

WHEREAS, the Magistrate Judge ordered the Settlement Conference to occur on August 26, 2011 and required personal attendance of lead trial counsel;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693

STIP. TO EXTEND SETTLEMENT CONF. DEADLINE; [PROPOSED] ORDER -1- Case No. CV 11 1028 JSW

1  WHEREAS, lead counsel trial counsel for Defendants will be out of the country on
2  August 26, 2011;
3  WHEREAS, the Parties have agreed to attend the settlement conference on October
4  18, 2011;
5  WHEREAS, the Parties believe that participation in the Settlement Conference is
6  important and would be of benefit to both parties;
7  NOW, THEREFORE, subject to the approval of this Court, the parties stipulate and
8  agree to extend the Settlement Conference deadline to November 3, 2011 to allow the Parties
9  sufficient time to conduct a meaningful Settlement Conference.

Dated: July 30, 2011        LAW OFFICES OF MARK SCOTT
                            THUESEN

                            By: _____
                                Mark Scott Thuesen

Dated: July 30, 2011        LAW OFFICES OF VICTOR C. THUESEN

                            By: _____
                                Victor C. Thuesen

                            Attorneys for Plaintiffs RENE ANGEL,
                            MARCO FLORES, and DAVID MARTINEZ

Dated: August 1, 2011       LITTLER MENDELSON

                            By: _____
                                Kai-Ching Cha

                            Attorneys for Defendants TANWEER
                            AHMED and M.Y. "MIKE" KHALAF

STIP. TO EXTEND SETTLEMENT CONF.     -2-              Case No. CV 11 1028 JSW
DEADLINE; [PROPOSED] ORDER

1  [PROPOSED] ORDER

2  The Stipulation of the Parties is hereby adopted by the Court as setting the Parties'

3  Settlement Conference deadline as November 3, 2011.

4  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

5

DATED: August 2, 2011

6  *[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
7  United States District Judge

8

Firmwide:103023375.1 051284.1015
9

STIP. TO EXTEND SETTLEMENT CONF. DEADLINE; [PROPOSED] ORDER   -3-   Case No. CV 11 1028 JSW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940