THEODORA R. LEE, Bar No. 129892
KAI-CHING CHA, Bar No. 218738
LITTLER MENDELSON
A Professional Corporation
650 California Street. 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
TANWEER AHMED and M.Y. "MIKE" KHALAF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST COURIERS, INC., a corporation; SULTAN BHATTI, dba SS COURIERS; MARIO SORTO, dba SORTO'S ENTERPRISES; FH & RG ENTERPRISE LLC, a limited liability company; FRANCISCO JAVIER HUATO MENDOZA; RUBEN GONZALEZ; TANWEER AHMED; M.Y. "MIKE" KHALAF,<br><br>Defendants. | Case No. Case No. CV 11 1028 JSW<br><br>**STIPULATION RE: SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Northern District Civil Local Rule 6-2, Plaintiffs RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ ("Plaintiffs") and Defendants TANWEER AHMED and M.Y. "MIKE" KHALAF ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Magistrate Judge Beeler ordered the Settlement Conference to occur on August 26, 2011 and required personal attendance of lead trial counsel;

WHEREAS, lead counsel trial counsel for Defendants will be out of the country on August 26, 2011;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: SETTLEMENT
CONFERENCE; [PROPOSED] ORDER
-1-
Case No. CV 11 1028 JSW

1  WHEREAS, the Parties filed a stipulation to extend the settlement conference
2  deadline to November 3, 2011;
3  WHEREAS, the Honorable Jeffery S. White has adopted the Parties' stipulation that
4  extended the Settlement Conference deadline to November 3, 2011; and
5  WHEREAS, the Parties have agreed to attend the settlement conference on October
6  18, 2011 at 9:30 a.m.
7  NOW, THEREFORE, subject to the approval of this Court, the parties stipulate and
8  agree to schedule the Settlement Conference for October 18, 2011 at 9:30 a.m.

Dated: August 2, 2011

LAW OFFICES OF MARK SCOTT THUESEN

By: _____
Mark Scott Thuesen

Dated: August 1, 2011

LAW OFFICES OF VICTOR C. THUESEN

By: _____
Victor C. Thuesen

Attorneys for Plaintiffs RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ

Dated: August 2, 2011

LITTLER MENDELSON

By: _____
Kai-Ching Cha

Attorneys for Defendants TANWEER AHMED and M.Y. "MIKE" KHALAF

STIPULATION RE: SETTLEMENT CONFERENCE; [PROPOSED] ORDER           -2-           Case No. CV 11 1028 JSW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER

The Stipulation of the Parties is hereby adopted by the Court as setting the Parties' Settlement Conference for October 18, 2011 at 9:30 a.m. in Courtroom 4 of the above entitled Court.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: August 3, 2011

HON. LAUREL BEELER
United States District Magistrate Judge

Firmwide:103066400.1 051284.1015

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940