IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL, et al., | No. C -11-01028 JSW (EDL) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE MOTION TO COMPEL AND SETTING BRIEFING SCHEDULE** |
| v. | |
| NORTH COAST COURIERS, INC., et al., | |
| Defendants. | |

On December 8, 2011, Plaintiff filed a letter brief seeking permission to file a motion to compel, and on December 9, 2011, filed a joint letter brief regarding the same issue. On December 9, 2011, Judge White referred this case to this Court for discovery purposes, including resolution of the discovery dispute set forth in the December 8 and 9, 2011 letters. The Court has reviewed the letters and grants Plaintiff's request to file a motion to compel. Because discovery has already closed, the Court is amenable to hearing this matter on shortened time. Therefore, Plaintiff shall file the motion to compel no later than December 20, 2011, Defendant shall file an opposition no later December 28, 2011, and Plaintiff may file a reply no later than January 4, 2012. A hearing is scheduled for January 10, 2012 at 9:00 a.m. The Court will inform the parties if a hearing is not necessary.

**IT IS SO ORDERED.**

Dated: December 13, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge