UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ANGEL, *et al.*, | No. C 11-01028 JSW (LB) |
| Plaintiffs, | **ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| NORTH COAST COURIERS, INC., *et al.*, | |
| Defendants. | |

This matter is set for a scheduled for a further settlement conference on February 27, 2012. Plaintiffs should submit updated litigation costs (confidentially if desired) by email to the court's orders box at lbpo@cand.uscourts.gov by February 24, 2012 at 4 p.m. Plaintiffs should come to the settlement conference prepared to respond to Defendants' last settlement position.

**IT IS SO ORDERED.**

Dated: February 23, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER
C 11-01028 JSW (LB)