THEODORA R. LEE, Bar No. 129892
KAI-CHING CHA, Bar No. 218738
LITTLER MENDELSON
A Professional Corporation
650 California Street. 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
TANWEER AHMED and M.Y. "MIKE" KHALAF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST COURIERS, INC., a corporation; SULTAN BHATTI, dba SS COURIERS; MARIO SORTO, dba SORTO'S ENTERPRISES; FH & RG ENTERPRISE LLC, a limited liability company; FRANCISCO JAVIER HUATO MENDOZA; RUBEN GONZALEZ; TANWEER AHMED; M.Y. "MIKE" KHALAF,<br><br>Defendants. | Case No. Case No. CV 11 1028 JSW<br><br>**STIPULATION RE: REMOVAL OF HEARING ON LITTLER MENDELSON, P.C.'S MOTION TO WITHDRAW AS COUNSEL FROM COURT CALENDAR; [PROPOSED] ORDER** |

Pursuant to Northern District Civil Local Rule 7-7(b), Plaintiffs RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ ("Plaintiffs") and Defendants TANWEER AHMED and M.Y. "MIKE" KHALAF ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 31, 2012, Littler Mendelson, P.C. filed a Motion to Withdraw as Counsel for Defendants Tanweer Ahmed and M.Y. "Mike" Khalaf and Request to Continue Pretrial and Trial Dates, set for hearing on March 9, 2012;

WHEREAS, on February 27, 2012, the Parties attended a further settlement conference conducted by Magistrate Judge Beeler, and during this settlement conference, settled the

STIPULATION RE: REMOVAL OF MOTION TO WITHDRAW FROM COURT CALENDAR  -1-  Case No. CV 11 1028 JSW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

litigation;

WHEREAS, Littler Mendelson, P.C. seeks to withdraw its Motion to Withdraw as Counsel for Defendants Tanweer Ahmed and M.Y. "Mike" Khalaf and Request to Continue Pretrial and Trial Dates and take the March 9, 2012 hearing off calendar;

NOW, THEREFORE, subject to the approval of this Court, the parties stipulate and agree to remove Littler Mendelson, P.C.'s Motion to Withdraw as Counsel for Defendants currently scheduled for hearing on March 9, 2012 from Judge White's calendar.

Dated: March 5, 2012                LAW OFFICES OF MARK SCOTT THUESEN

                                    By: /s/ Mark Scott Thuesen
                                        Mark Scott Thuesen

Dated: March 5, 2012                LAW OFFICES OF VICTOR C. THUESEN

                                    By: /s/ Victor C. Thuesen
                                        Victor C. Thuesen

                                    Attorneys for Plaintiffs RENE ANGEL,
                                    MARCO FLORES, and DAVID MARTINEZ

Dated: March 5, 2012                LITTLER MENDELSON

                                    By: /s/ Kai-Ching Cha
                                        Kai-Ching Cha

                                    Attorneys for Defendants TANWEER
                                    AHMED and M.Y. "MIKE" KHALAF

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

# [PROPOSED] ORDER

The Stipulation of the Parties is hereby adopted by the Court and Littler Mendelson, P.C.'s Motion to Withdraw as Counsel for Defendants currently scheduled for hearing on March 9, 2012 is removed from Judge White's calendar.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: March 6, 2012

_____
HON. JEFFREY S. WHITE
United States District Judge

Firmwide:109642675.1 051284.1015

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: REMOVAL OF MOTION TO WITHDRAW FROM COURT CALENDAR -3- Case No. CV 11 1028 JSW