1  Mark Scott Thuesen, Esq., # 257975
   LAW OFFICES OF MARK SCOTT THUESEN
2  1904 Franklin Street, Suite 602
   Oakland, California  94612
3  Telephone: (510) 251-1192
   Facsimile: (510) 740-3622
4

5  Victor C. Thuesen, Esq., #92467
   LAW OFFICES OF VICTOR C. THUESEN
6  11 Western Avenue
   Petaluma, California  94952
7  Telephone:  (707) 763-5030
   Facsimile: (707) 763-1848
8
   Attorneys for Plaintiffs RENE ANGEL, MARCO
9  FLORES and DAVID MARTINEZ

10 Theodora Lee, Bar No. 129892
   Kai-Ching Cha, Bar No. 218738
11 LITTLER MENDELSON
   650 California Street, 20th Floor
12 San Francisco, CA 94108-2693
   Telephone: (415) 433-1940
13 Facsimile: (415) 399-8490

14 Attorneys for Defendants TANWEER AHMED
   AND M.Y. "MIKE" KHALAF

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | RENE ANGEL, et al.,               | Case No.  Case No.  CV 11 1028 JSW |
18 |           Plaintiffs,             | **STIPULATION RE: SETTLEMENT AND** |
19 |     v.                            | ~~[PROPOSED]~~ **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
20 | NORTH COAST COURIERS, INC., et al.,|                                   |
21 |           Defendants.             |                                   |

22

23      Plaintiffs Rene Angel, Marco Flores and David Martinez ("Plaintiffs") and Defendants

24 Tanweer Ahmed and M.Y. "Mike" Khalaf ("Defendants") (collectively "the Parties"), by and

25 through their respective counsel, hereby stipulate and agree as follows:

26      1.     On February 1, 2012, this Court denied Defendants' Motion For Summary

27 Judgment Or, In the Alternative, Summary Adjudication, and ordered the parties to return for a

28 further settlement conference with the Honorable Magistrate Judge Laurel Beeler;

STIPULATION RE: SETTLEMENT AND  -1-  Case No. CV 11 1028 JSW
[PROPOSED] ORDER VACATING
PRETRIAL CONFERENCE & TRIAL DATES

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

2. On January 31, 2012, Littler Mendelson, counsel to Defendants filed a Motion To Withdraw as Counsel To Defendants and Request to Continue Pretrial and Trial Dates in this action, which was placed on the court's calendar for March 9, 2012;

3. On February 27, 2012, the Parties attended a settlement conference conducted by Magistrate Beeler and there entered into a confidential settlement of the action;

4. On March 5, 2012, the Parties stipulated to the removal from the Court's calendar of Littler Mendelson's Motion To Withdraw as Counsel to Defendants on grounds that the action had been settled;

5. On March 6, 2012, the Court adopted the stipulation and ordered the removal of Littler Mendelson's motion to withdraw from the Court's calendar;

6. The settlement reached on February 27, 2012, provides that the case shall be dismissed and judgment entered once Defendants have performed their obligations under the agreement. The parties anticipate that Defendants' performance will be complete in February, 2013;

7. There are two dates that remain on the Court's calendar. Those are the Pretrial Conference on April 16, 2012, and the Trial, which is set to commence on May 7, 2012. Because the settlement resolves all claims and defenses of the Parties, the parties stipulate and agree that the Pretrial Conference and Trial are no longer unnecessary and respectfully request that the Court vacate the Pretrial Conference and Trial dates.

Dated: April 10, 2012          LAW OFFICES OF VICTOR C. THUESEN

                               By: /s/ Victor C. Thuesen
                                   Victor C. Thuesen

                               Attorneys for Plaintiffs

Dated: April 10, 2012          LITTLER MENDELSON

                               By: /s/ Kai-Ching Cha
                                   Kai-Ching Cha

                               Attorneys for Defendants

STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE & TRIAL DATES                -2-                Case No. CV 11 1028 JSW

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA  94108.2693
415.433.1940

# [PROPOSED] ORDER

The Court adopts the Stipulation of the Parties and hereby vacates the Pretrial Conference date of April 16, 2012 and the Trial date of May 7, 2012. The Court SETS a case management conference for March 8, 2013 at 1:130 p.m. The case management conference will be vacated if the this action is dismissed before March 8, 2013 date. IT IS SO ORDERED.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

DATED: April 11, 2012

HON. JEFFREY S. WHITE
United States District Judge

Firmwide:110335745.1 051284.1015

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE & TRIAL DATES

-3-

Case No. CV 11 1028 JSW