Mark Scott Thuesen, Esq., # 257975
LAW OFFICES OF MARK SCOTT THUESEN
1904 Franklin Street, Suite 602
Oakland, California 94612
Telephone: (510) 251-1192
Facsimile: (510) 740-3622

Victor C. Thuesen, Esq., #92467
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952
Telephone: (707) 763-5030
Facsimile: (707) 763-1848

Attorneys for Plaintiffs RENE ANGEL, MARCO FLORES and DAVID MARTINEZ

Theodora Lee, Bar No. 129892
Kai-Ching Cha, Bar No. 218738
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

Attorneys for Defendants TANWEER AHMED AND M.Y. "MIKE" KHALAF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ANGEL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST COURIERS, INC., et al.,<br><br>Defendants. | Case No. Case No. CV 11 1028 JSW<br><br>**STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

Plaintiffs Rene Angel, Marco Flores and David Martinez ("Plaintiffs") and Defendants Tanweer Ahmed and M.Y. "Mike" Khalaf ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On February 1, 2012, this Court denied Defendants' Motion For Summary Judgment Or, In the Alternative, Summary Adjudication, and ordered the parties to return for a further settlement conference with the Honorable Magistrate Judge Laurel Beeler;

STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE & TRIAL DATES -1- Case No. CV 11 1028 JSW

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2. On January 31, 2012, Littler Mendelson, counsel to Defendants filed a Motion To Withdraw as Counsel To Defendants and Request to Continue Pretrial and Trial Dates in this action, which was placed on the court's calendar for March 9, 2012;

3. On February 27, 2012, the Parties attended a settlement conference conducted by Magistrate Beeler and there entered into a confidential settlement of the action;

4. On March 5, 2012, the Parties stipulated to the removal from the Court's calendar of Littler Mendelson's Motion To Withdraw as Counsel to Defendants on grounds that the action had been settled;

5. On March 6, 2012, the Court adopted the stipulation and ordered the removal of Littler Mendelson's motion to withdraw from the Court's calendar;

6. The settlement reached on February 27, 2012, provides that the case shall be dismissed and judgment entered once Defendants have performed their obligations under the agreement. The parties anticipate that Defendants' performance will be complete in February, 2013;

7. There are two dates that remain on the Court's calendar. Those are the Pretrial Conference on April 16, 2012, and the Trial, which is set to commence on May 7, 2012. Because the settlement resolves all claims and defenses of the Parties, the parties stipulate and agree that the Pretrial Conference and Trial are no longer unnecessary and respectfully request that the Court vacate the Pretrial Conference and Trial dates.

Dated: April 10, 2012            LAW OFFICES OF VICTOR C. THUESEN

                                 By: /s/ Victor C. Thuesen
                                     Victor C. Thuesen

                                 Attorneys for Plaintiffs

Dated: April 10, 2012            LITTLER MENDELSON

                                 By: /s/ Kai-Ching Cha
                                     Kai-Ching Cha

                                 Attorneys for Defendants

STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE & TRIAL DATES -2- Case No. CV 11 1028 JSW

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[PROPOSED] ORDER**

The Court adopts the Stipulation of the Parties and hereby vacates the Pretrial Conference date of April 16, 2012 and the Trial date of May 7, 2012. The Court SETS a case management conference for March 8, 2013 at 1:130 p.m. The case management conference will be vacated if this action is dismissed before March 8, 2013 date. IT IS SO ORDERED.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

DATED: April 11, 2012

*[signature]*
HON. JEFFREY S. WHITE
United States District Judge

Firmwide:110335745.1 051284.1015

---

STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE & TRIAL DATES -3- Case No. CV 11 1028 JSW

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940