Mark Scott Thuesen, Esq., # 257975
LAW OFFICES OF MARK SCOTT THUESEN
1904 Franklin Street, Suite 602
Oakland, California 94612
Telephone: (510) 251-1192
Facsimile: (510) 740-3622

Victor C. Thuesen, Esq., #92467
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952
Telephone: (707) 763-5030
Facsimile: (707) 763-1848

Attorneys for Plaintiffs, RENE ANGEL, MARCO FLORES and DAVID MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO - OAKLAND DIVISION

| | |
|---|---|
| RENE ANGEL, MARCO FLORES, and DAVID MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST COURIERS, INC., a corporation, et al.,<br><br>Defendants. | Case No. : CV 11 1028 JSW<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Rene Angel, Marco Flores and David Martinez voluntarily dismiss this action against Defendants North Coast Couriers, inc., a corporation, Sultan Bhatti, dba SS Couriers, Mario Sorto, dba Sorto's Enterprises, FH & RG Enterprise LLC, Francisco Javier Huato Mendoza, and Ruben Gonzalez without prejudice.

///

///

NOTICE OF VOLUNTARY DISMISSAL - CASE NO. 11 1028 JSW                                1

The sole remaining Defendants, Tanweer Ahmed and M.Y. ("Mike") Khalaf, were previously dismissed by stipulation of the parties.

Dated: March 4, 2013

>Respectfully submitted,
>
>LAW OFFICES OF VICTOR C. THUESEN
>
>By: /s/Victor C. Thuesen
>  VICTOR C. THUESEN
>  Attorney for Plaintiffs

Dated: March 4, 2013



APPROVED
Judge Jeffrey S. White